AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-cr-254-JPH-MJD-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| TYLER GIGURE | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE. On August 19, 2020, Defendant filed a pro se letter that the Court construed as a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Dkt. 59. On August 25, 2020, the Court denied that motion without prejudice because, on its face, the motion did not show that Defendant was entitled to compassionate release under § 3582(c)(1)(A). Dkt. 60. The Court informed Defendant that he could renew his motion by completing and returning the Court's form compassionate release motion. *Id*. The Court sent him a copy of its form compassionate release motion. *Id*. On November 23, 2020, Defendant filed another pro se letter that the Court construes as a renewed Motion for Compassionate Release. He did not complete the Court's compassionate release form as previously directed. The renewed motion also does not show that Defendant is entitled to compassionate release. Although the renewed motion mentions an attached motion requesting resentencing under the First Step Act, no such motion was attached. Accordingly, Defendant's renewed motion, dkt. [63], is **denied without prejudice**. If Defendant wishes to renew his motion again, he may do so by completing and returning the attached form

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

motion. (Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (Pro Se Prisoner)). As stated in the Court's August 25 Order, if Defendant chooses to renew his motion, he must explain what circumstances, if any, have changed since the Court sentenced him on April 30, 2020, and denied his motion for release from pre-trial detention on April 22, 2020.

☐ OTHER:

**SO ORDERED.**

Date: 12/3/2020

                                      *James Patrick Hanlon*
                                      James Patrick Hanlon
                                      United States District Judge
                                      Southern District of Indiana

Case 1:19-cr-00254-JPH-MJD   Document 64   Filed 12/03/20   Page 2 of 3 PageID #: 263

2

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

Distribution:

Tyler Gigure
Reg. No. 17236-028
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

All Electronically Registered Counsel