UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-00254-JPH-MJD |
| TYLER GIGURE, | ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia's Report and Recommendation and all findings therein, dkt. [98]. The Court now **ORDERS** that Tyler Gigure's supervised release is therefore **REVOKED**, dkt. [88], and Mr. Gigure is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and one day with 23 months' supervised release to follow. The Court recommends placement at a facility that would offer substance abuse treatment and as close to Fullerton, Kentucky as possible. Violation numbers 3, 4, 5, and 6 are **DISMISSED**.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

     3.     You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent and shall permit confiscation of any contraband observed in plain view of the probation officer.

     4.     You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

     5.     You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity.  You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

     6.     You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

     7.     You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

     8.     You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

     9.     You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

     10.     You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

     11.     You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

Justification: Conditions 1-11 are considered administrative in nature and will enable the probation officer to effectively supervise the offender within the community.

     12.     You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner.  You shall follow the prescription instructions regarding frequency and dosage.

13. You shall participate in a substance or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

14. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

15. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

Justification: Conditions 12-15 will address the offender's history of substance abuse.

16. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

Justification: This condition will assist the officer in address the offender's history of mental health.

17. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

Justification: This condition will assist the probation officer in monitoring the offender for protection of the community.

      18.    You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

Defendant reviewed the above noted conditions with his attorney.

The Court modified condition 19 as follows:

      19.    You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: mental health treatment.  The probation officer shall determine your ability to pay and any schedule of payment.

The Court added condition 20 as follows:

      20.    You shall reside in a residential re-entry center for a term of 180 days.  You shall abide by the rules and regulations of the facility.

Defendant reviewed the above noted conditions 19 and 20 with his attorney.

**SO ORDERED.**

Date: 6/23/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal

4