UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>TYLER GIGURE,<br>        Defendant. | )<br>)<br>)<br>) CAUSE NO. 1:19-cr-00254-JPH-MJD-1<br>)<br>)<br>) |

### REPORT AND RECOMMENDATION

On July 16, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release filed on April 12, 2024, and order granting Petition on April 17, 2024. [Filing Nos. 107, 108.] Defendant, Tyler Gigure appeared in person with his appointed counsel Bill Dazey. The government appeared by Corbin Houston, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Ryan Sharp.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted violation number 1.

    3.    The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside in a residential reentry center for a term of 180 days. You shall abide by the rules and regulations of the facility."**<br><br>On April 11, 2024, Mr. Gigure was written up for Sexual Assault Without Force. On said date, Assistant Program Director Pervine confronted Mr. |

Gigure about his inappropriate touching of a female residential reentry center staff member. After reviewing video surveillance cameras, it can be seen that Mr. Gigure pushes another female staff member out of the way and grabs the buttocks of the first female staff member as she was going up the stairs. The female victim also reported that Mr. Gigure proposition to let him take her out to dinner in which she declined.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months imprisonment.

5. The parties jointly recommended a sentence of 12 months and one day imprisonment with no supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and one day imprisonment with no supervision to follow.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/16/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system