UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00254-JPH-MJD |
| TYLER GIGURE, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Tim A Baker's Report and Recommendation and all findings therein, dkt. [116]. The Court now **ORDERS** that Tyler Gigure's supervised release is therefore **REVOKED**, dkt. [107], and Mr. Gigure is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and one day, with no federal supervision to follow.

**SO ORDERED.**

Date: 7/17/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:


Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C